

U.S. Department o[f Justice]

United States Atto[rney]
Southern District o[f New York]

86 Chambers Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2019

December 23, 2019

**VIA ECF**
The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *United States v. Doonan et. al.*, 19 Civ. 9578 (AT)

Dear Judge Torres:

This Office represents the United States of America (the "Government") in the above-referenced case. The Government respectfully requests an extension of time to file its anticipated motion to strike the answer of defendant William and Doonan and Associates, Inc. ("WDA"), from December 30, 2019, to a date to be scheduled by the Court at the initial pretrial conference (scheduled for January 6, 2020). Although *pro se* defendant William Doonan filed an answer on behalf of himself and WDA, see Dkt. No. 7 at 1, it is "well-settled law that a corporation cannot appear in the federal courts *pro se*." *Paramount Pictures Corp. v. FXM, Inc.*, No. 95 CIV. 8017 (PKL), 1995 WL 686727, at *1 (S.D.N.Y. Nov. 17, 1995).

We make this extension request so that all scheduling matters relating to this case (including contemplated motions by the parties) can be resolved by the Court at the January 6 conference. Defendant William Doonan consents to this extension request. This is the Government's first request for an extension of this deadline.

Thank you for your consideration of this matter.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By: /s/ Charles S. Jacob
CHARLES S. JACOB
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel: (212) 637-2725
Fax: (212) 637-2702
charles.jacob@usdoj.gov

GRANTED.

The Clerk of Court is directed to mail a copy of this order to Defendant *pro se*.

SO ORDERED.

Dated: December 23, 2019
New York, New York

ANALISA TORRES
United States District Judge