UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

-against-

WILLIAM DOONAN and WILLIAM DOONAN AND ASSOCIATES, INC., d/b/a WILLIAM DOONAN, ESQ.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2020

19 Civ. 9578 (AT)

**ORDER**

ANALISA TORRES, District Judge:

It is hereby ORDERED that the hearing on the Government's motion for a preliminary injunction, ECF No. 18, will be held telephonically. Accordingly, the parties are directed to call: 888-398-2342 or 215-861-0674, access code: 5598827, on **April 2, 2020**, at **2:00 p.m.**

The hearing is set for oral argument, and the request for an evidentiary hearing with live testimony, *see* ECF No. 30, is DENIED.

SO ORDERED.

Dated: March 27, 2020
       New York, New York

                                              ANALISA TORRES
                                        United States District Judge