UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | USDC SDNY |
| | DOCUMENT |
| | ELECTRONICALLY FILED |
| | DOC #: _____ |
| | DATE FILED:  5/11/2020 |

UNITED STATES OF AMERICA,

                              Plaintiff,

               -against-

WILLIAM DOONAN and WILLIAM DOONAN
AND ASSOCIATES, INC., d/b/a WILLIAM
DOONAN, ESQ.,

                              Defendants.

19 Civ. 9578 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled for May 21, 2020 is ADJOURNED to **August 26, 2020**, at **10:40 a.m.**  By **August 19, 2020**, the parties shall submit a joint status letter.

The conference will be held **telephonically**.  The parties are directed to dial 888-398-2342 or 215-861-0674, and enter access code 5598827.

SO ORDERED.

Dated: May 10, 2020
          New York, New York

                                         ANALISA TORRES
                                    United States District Judge