

**U.S. Department of Justice**

United [States Attorney]
Southern [District of New York]

86 Cha[mbers Street]
New Yo[rk, New York 10007]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2020

August 11, 2020

<u>By ECF</u>:
Hon. Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *United States of America v. Doonan et al.*, No. 19 Civ. 9578 (AT) (KHP)

Dear Judge Torres:

    This Office represents the United States of America (the "government") in the above-referenced case. We write respectfully to request an adjournment of the August 26, 2020 conference and the parties' joint letter due one week before. ECF No. 40. *Pro se* defendant William Doonan consents to this request. We request the extension in order to accommodate the parental leave of Charles S. Jacob, the Assistant U.S. Attorney principally assigned to this matter.

    As previously noted in a letter to Judge Parker with respect to discovery, Mr. Jacob has been out of the office on parental leave since late July. He expects to return to the office in September. With plaintiff's consent, Judge Parker recently extended all discovery dates in this matter for two months to accommodate Mr. Jacob's leave.

    Because Mr. Jacob intends to be on leave for the remainder of this month, we respectfully request that the Court likewise adjourn the August 26 conference to a date during the week of September 21 (or later), with the parties' joint letter to be filed a week in advance. Defendant consents to this request following a telephone call with the undersigned.

We thank the Court for its attention to this matter.

> Respectfully,
>
> AUDREY STRAUSS
> Acting United States Attorney
> Southern District of New York
>
> By: /s/ Peter Aronoff
> PETER ARONOFF
> Assistant United States Attorney
> Telephone: (212) 637-2697
> Facsimile: (212) 637-2717
> E-mail: peter.aronoff@usdoj.gov

cc:   William Doonan (by email and U.S. mail)

GRANTED. The case management conference scheduled for August 26, 2020, is ADJOURNED to **October 26, 2020,** at **11:20 a.m.** By **October 19, 2020,** the parties shall submit a joint status letter. At the time of the hearing, the parties are instructed to dial (888) 398-2342 or (215) 861-0674, and enter access code, 5598827.

The Clerk of the Court is directed to mail a copy of this order to Defendant *pro se*.

SO ORDERED.

Dated:  August 17, 2020
        New York, New York

_____
ANALISA TORRES
United States District Judge