```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                        Plaintiff,

-against-

WILLIAM DOONAN et al.,

                        Defendants.

**ORDER RESCHEDULING TELEPHONIC STATUS CONFERENCE**

19-CV-9578 (AT) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

      This Court scheduled a telephonic Status Conference for September 23, 2020, but Defendant failed to appear for the conference.

      The telephonic Status Conference is hereby rescheduled for **Monday, October 26, 2020 at 12:30 p.m.** The parties are directed to call Judge Parker's conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.**

      **Defendants are warned that a failure to attend court conferences may result in sanctions.** Defendant Doonan is also advised that counsel must represent any business entity and that a failure of counsel to appear for the entity may result in a default judgment against the entity.

      The Clerk of Court is requested to mail a copy of this order to the Defendant at the following address: William Doonan at 104 Outlook Avenue, Bronx, NY 10465.

Dated: New York, New York
       September 23, 2020

                                                    SO ORDERED.

                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge