```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
               Plaintiff, :
: 19-CV-9578 (JPC)
     -v- :
: NOTICE OF
WILLIAM DOONAN and WILLIAM DOONAN AND : REASSIGNMENT
ASSOCIATES, INC., *doing business as* WILLIAM :
DOONAN, ESQ., :
:
               Defendants. :
:
-----------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court's Notice of Reassignment Order set a Pretrial Conference on December 21, 2020, at 10 a.m. (Dkt. 55). In light of this order, the previously scheduled Case Management Conference for October 26, 2020, at 11:20 a.m. (Dkt. 48) is hereby adjourned *sine die*.

       The Clerk of the Court is respectfully directed to mail a copy of this Order to *pro se* Defendant William Doonan.

       SO ORDERED.

Dated: October 20, 2020
      New York, New York

                                                JOHN P. CRONAN
                                                United States District Judge